

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,057-01

### EX PARTE BILLY SCOTT FOWLER, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 59525-B*1 IN THE 78TH DISTRICT COURT
## FROM WICHITA COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of possession of a controlled substance with the intent to deliver and sentenced to five years' imprisonment. He did not appeal his conviction. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied pre-sentence credit and denied due process during a disciplinary hearing in prison and before being considered for release to mandatory supervision. Applicant's pre-sentence claim is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). His remaining claims are denied. Accordingly, this application is dismissed in part and denied in part.

Filed:  December 16, 2020
Do not publish